Jesse Cowell, OSB # 082940
Chris Roy, OSB # 031777
R. Darrin Class, OSB # 970101
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
Attorneys for Plaintiff, Mamie Collins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAMIE COLLINS,<br><br>                Plaintiff,<br><br>        v.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | No.<br><br>COMPLAINT FOR LONG-TERM DISABILITY INSURANCE BENEFITS<br><br>(Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1)(B)) |

COMES NOW Plaintiff, Mamie Collins, with a complaint for long-term disability benefits, and alleges against Defendant, The Guardian Life Insurance Company of America, as follows:

**I.    CAUSE OF ACTION**

1.1

This action is brought on behalf of Plaintiff, pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001,

COMPLAINT FOR LONG-TERM
DISABILITY INSURANCE BENEFITS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

et seq. ("ERISA"). Plaintiff seeks to recover from Defendant all unpaid long-term disability ("LTD") benefits, through the date of judgment, pursuant to the terms of a long-term disability policy ("LTD Plan") provided by NSMG Shared Services, LLC ("NSMG"), pursuant to 29 U.S.C. § 1132(a)(1)(B). Plaintiff further seeks reinstatement of her LTD benefits pursuant to the terms of the LTD Plan, from the date of judgment until Plaintiff reaches the age of 67 pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), absent a material improvement in her medical conditions such that she would no longer qualify as disabled under the LTD Plan. Plaintiff seeks these remedies, prejudgment and post-judgment interest, plus her costs and reasonable attorney fees, pursuant to 29 U.S.C. § 1132(e)(1), (f), and (g).

## II.   IDENTIFICATION OF PLAINTIFF

2.1

Plaintiff is now a resident of Waldo County, Maine, although she formerly resided in Hawaii.

2.2

NSMG employed Plaintiff and offered the LTD Plan to its employees pursuant to ERISA, 29 U.S.C. § 1002(1).

2.3

Plaintiff was a participant under the LTD Plan.

/

COMPLAINT FOR LONG-TERM
DISABILITY INSURANCE BENEFITS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 2

## III.  IDENTIFICATION OF DEFENDANT

3.1

At all times material herein, NSMG was the sponsor and plan administrator of the LTD Plan, pursuant to ERISA, 29 U.S.C. § 1002(16)(B).

3.2

NSMG delegated sole discretion to make disability determinations under the LTD Plan to Defendant.

3.3

At all times material herein, Defendant was the claims administrator of the LTD Plan, within the meaning of ERISA, 29 U.S.C. § 1002(16)(A).

3.4

The LTD Plan was fully insured by Defendant, who is wholly responsible for any judgment Plaintiff may obtain through this action for LTD benefits.

## IV.  JURISDICTION AND VENUE

4.1

Jurisdiction is conferred on this court by ERISA, 29 U.S.C. § 1132(e)(1), (f), and (g), which gives United States District Courts jurisdiction to hear civil actions brought to recover plan benefits, as well as other declarative relief and attorney fees and costs, under ERISA.

COMPLAINT FOR LONG-TERM
DISABILITY INSURANCE BENEFITS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 3

4.2

Venue is proper in this district court pursuant to ERISA, 29 U.S.C. § 1132(e)(2), and pursuant to 28 U.S.C. § 1391. The LTD Plan expressly states that written complaints are to be directed to Defendant's office in Spokane, Washington.

## V.   STANDARD OF REVIEW

5.1

Defendant's denial of Plaintiff's LTD benefits is reviewed by this court *de novo*.

## VI.   FACTS SUPPORTING CLAIM

6.1

On or before September 9, 2019, Plaintiff became disabled from her sedentary occupation as a Sales Manager at NSMG, due to a combination of physical and psychiatric conditions including fibromyalgia, chronic pain, migraines, irritable bowel syndrome, post-traumatic stress disorder, major depressive disorder, and panic disorder.

6.2

Plaintiff was found to be disabled by the State of Hawaii and received Hawaii Temporary Disability Insurance benefits from September 10, 2019 through March 16, 2020.

/

//

COMPLAINT FOR LONG-TERM
DISABILITY INSURANCE BENEFITS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

6.3

On February 26, 2020, Plaintiff completed an application for LTD benefits, accompanied by an Attending Physician's Statement from her treating physician that affirmed a full-time disability, which Defendant claims not to have received until April 8, 2020.

6.4

On July 24, 2020, without conducting any in-person examination of Plaintiff as to physical or psychiatric conditions, and without having any medical doctors review her medical records, Defendant denied the LTD claim ("Denial").

6.5

On January 20, 2021, Plaintiff submitted a timely appeal to Defendant ("Appeal"). This filing contained nine exhibits, including Plaintiff's declaration, multiple narrative letters from care providers and witnesses to Plaintiff's disability, and updated medical records—all supporting the continuing nature of Plaintiff's total disability. In the following weeks, Plaintiff submitted four additional exhibits before a decision on the Appeal was issued.

6.6

On May 14, 2021, once more without conducting any in-person examination of Plaintiff as to physical or psychiatric conditions, Defendant issued a letter rejecting the Appeal and sustaining the Denial.

COMPLAINT FOR LONG-TERM
DISABILITY INSURANCE BENEFITS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 5

6.7

On June 22, 2021, Plaintiff submitted a written request for reconsideration to Defendant ("Reconsideration Request"), which included the fully favorable findings of the Social Security Administration issued on June 9, 2021, in awarding Social Security Disability Insurance ("SSDI") Benefits to Plaintiff beginning from September 9, 2019.

6.8

On July 9, 2021, Defendant responded to the Reconsideration Request and, notwithstanding the favorable SSDI determination, sustained the Denial.

6.9

Plaintiff has complied with all contractual requirements of the LTD Plan, including but not limited to administrative remedies exhaustion and submission of sufficient proof of her ongoing medical conditions and disability under the applicable definitions of the LTD Plan.

6.10

Defendant wrongfully denied Plaintiff's claim for LTD benefits.

6.11

The wrongful denial of Plaintiff's claim for LTD benefits was and still is a violation of ERISA, 29 U.S.C. § 1132(a)(1)(B).

/

COMPLAINT FOR LONG-TERM
DISABILITY INSURANCE BENEFITS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 6

### 6.12

As a direct and proximate result of Defendant's wrongful denial of Plaintiff's LTD benefits, Plaintiff has been damaged in the amount of each unpaid monthly benefit payment from September 9, 2019 through the date of judgment.

### 6.13

As a direct and proximate result of Defendant's wrongful denial of Plaintiff's LTD benefits, Plaintiff has been damaged by the withholding of all other benefits to which she is or may be entitled under the LTD Plan, including, but not limited to, any additional treatment and therapy benefits.

### 6.14

As a direct and proximate result of Defendant's wrongful denial of LTD benefits, Plaintiff is entitled to recover prejudgment interest, which is accruing on each unpaid monthly benefit payment from September 9, 2019 through the date of judgment.

### 6.15

Pursuant to 29 U.S.C. § 1132(a)(1)(B), Plaintiff may and does seek clarification of her rights to future benefits, alleging that she meets the LTD Plan's definition of disabled and as such she is, and absent any material improvement in her permanent medical condition she will be, so entitled to benefits through the maximum term of the LTD Plan.

COMPLAINT FOR LONG-TERM
DISABILITY INSURANCE BENEFITS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 7

### 6.16

As a direct and proximate result of Defendant's wrongful denial of LTD benefits, Plaintiff has incurred attorney fees and costs that are recoverable pursuant to ERISA, 29 U.S.C. § 1132(g)(1).

**WHEREFORE,** Plaintiff prays for judgment against Defendant as follows:

A.  For gross unpaid monthly LTD benefit payments from September 9, 2019 through the date of judgment, pursuant to ERISA, 29 U.S.C. § 1132(a)(1)(B);

B.  For a declaration that Defendant breached its fiduciary duty to Plaintiff by wrongfully denying Plaintiff's LTD claim, and estopping Defendant from continuing to deny Plaintiff's LTD claim;

C.  For a declaration clarifying Plaintiff's rights under the LTD Plan, holding that absent a material improvement in her medical condition such that Plaintiff is no longer deemed disabled under the LTD Plan, Plaintiff is entitled to receive her full monthly benefit under the LTD Plan for its remaining term;

D.  For Plaintiff's attorney fees and costs pursuant to ERISA, 29 U.S.C. § 1132(g)(1);

E.  For prejudgment and post-judgment interest; and

F.  For any further relief as the Court deems equitable or just.

DATED this 13th day of July, 2021.

COMPLAINT FOR LONG-TERM
DISBAILITY INSURANCE BENEFITS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 8

ROY LAW GROUP

*s/Jesse Cowell*
Jesse Cowell, WSBA 50725
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
jesse@roylawgroup.com

*s/Chris Roy*
Chris Roy, WSBA 29070
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
chris@roylawgroup.com

*s/R. Darrin Class*
R. Darrin Class, WSBA 21925
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
darrin@roylawgroup.com

*Attorneys for Plaintiff*

COMPLAINT FOR LONG-TERM
DISABILITY INSURANCE BENEFITS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com