GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN S. MACKEY    7006-0
 jmackey@goodsill.com
ASHLEY C. CHINEN    10704-0
 achinen@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAMIE COLLINS,<br><br>    Plaintiff,<br><br> vs.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CIVIL NO. 1:21-cv-00467 JMS-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER<br><br>Trial: January 4, 2023<br>Judge: Hon. J. Michael Seabright |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff MAMIE

COLLINS ("Plaintiff") and Defendant GUARDIAN LIFE INSURANCE

COMPANY OF AMERICA ("Defendant"), by and through their respective

counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims against Defendant in this action be and hereby are dismissed with prejudice.

This Stipulation for Dismissal with Prejudice of All Claims and Parties applies to all claims and all parties named in the Complaint filed in this matter on July 13, 2021 in the District Court of the Eastern District of Washington, and transferred to this Court on November 29, 2021.  All other claims and parties are dismissed.  Each party shall bear its own attorney's fees and costs.

This Stipulation is signed by all parties who have appeared in this action.  There are no remaining parties and/or issues.  A non-jury trial was set for January 4, 2023.

DATED:  Honolulu, Hawaii, March 3, 2022.

/s/ John S. Mackey
JOHN S. MACKEY
ASHLEY C. CHINEN

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

/s/ Chris Roy
CHRIS ROY
R. DARRIN CLASS

Attorneys for Plaintiff
MAMIE COLLINS

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, March 3, 2022.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

*Mamie Collins v. Guardian Life Insurance Company of America*; Civil No. 1:21-cv-00467 JMS-KJM; Stipulation for Dismissal With Prejudice of All Claims and Parties and Order